UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DENNIS DOUCET AND KAYLA ORGERON, individually and on behalf of their minor child, REDDING DOUCET** | * * * * | CIVIL ACTION NO. : |
| | | JUDGE: |
| **VERSUS** | * * | MAG: |
| **LOUISIANA CVS PHARMACY LLC** | * * | |

\* \* \* \* \* \* \* \*

## NOTICE OF REMOVAL

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA:

Louisiana CVS Pharmacy, LLC respectfully states as follows:

1. Louisiana CVS Pharmacy, LLC desires to exercise its rights under the provisions of Title 28 U.S.C. §§ 1332 and 1441, *et seq.*, to remove this action from the Seventeenth Judicial District Court for the Parish of Lafourche, State of Louisiana, in which said cause is now pending under the name and style "Dennis Doucet and Kayla Orgeron, individually and on behalf of their minor child, Redding Doucet v. Louisiana CVS Pharmacy LLC, Docket No. 131921, Division C."

2. On February 14, 2017, Plaintiffs, Dennis Doucet and Kayla Orgeron, filed an action captioned "Dennis Doucet and Kayla Orgeron, individually and on behalf of their minor child, Redding Doucet v. Louisiana CVS Pharmacy LLC," bearing docket number 131921 Division C, in the Seventeenth Judicial District Court for the Parish of Lafourche. Plaintiffs' Petition is attached hereto as Exhibit "A."

3. The Petition was served through Louisiana CVS Pharmacy, LLC's registered agent for service of process, C T Corporation System, 5615 Corporate Boulevard, Suite 400B, Baton Rouge, Louisiana 70808 on February 27, 2017 (Exhibit "A"). Therefore, Notice of Removal is filed timely under 28 U.S.C. Section 1446(b).

4. As alleged in the Petition for Damages, Plaintiffs, Dennis Doucet, Kayla Orgeron, and their minor child Redding Doucet, are residents and domiciliaries of Lafourche Parish, Louisiana. They are also, therefore, citizens of the state of Louisiana.

5. Louisiana CVS Pharmacy, LLC is a limited liability company organized under the laws of the State of Louisiana, the sole member of which is CVS Pharmacy, Inc. CVS Pharmacy, Inc., in turn, is a Rhode Island corporation and has its principal office located at One CVS Drive, Woonsocket, Rhode Island 02895. CVS Pharmacy, Inc., therefore, is a citizen of the state of Rhode Island. Louisiana CVS Pharmacy, LLC's citizenship is likewise also the state of Rhode Island, as its citizenship is comprised of that of its sole member, CVS Pharmacy, Inc. (Exhibit "B").

6. This dispute is therefore between citizens of different states and there is complete diversity of parties.

7. In their Petition for Damages, Plaintiffs seeks damages on behalf of Redding Doucet for past, present, and future: pain and suffering; mental anguish and anxiety; medical bills

and expenses; residual physical and mental impairment; and loss of enjoyment of life and other hedonic damages. Plaintiffs also seek the same damages on behalf of Dennis Doucet and Kayla Orgeron, in addition to damages for past, present, and future loss of consortium.

8. For purposes of diversity jurisdiction, removal is proper if the removing party can demonstrate by a preponderance of the evidence that the amount in controversy exceeds $75,000.00.  *See Grant v. Chevron Phillips Chem. Co*., 309 F.3d 864, 869 (5th Cir. 2002); *Baptiste v. Megabus Southwest, L.L.C.*, 2015 WL 2372589 (E.D. La. 2015) (Morgan, J.)

9. Based on the allegations in the Petition for Damages, as well as unequivocal correspondence from Plaintiffs' counsel (Exhibit "C"), the requisite amount in controversy is met. Additionally, Plaintiffs have not entered any stipulations limiting any award which may be made, nor have they provided any affidavits waiving any recovery above $75,000.00.  Thus, they have not taken the steps to irrevocably limit their potential damage award, which is required by the Fifth Circuit when the injuries described in the Petition for Damages facially appear to exceed the jurisdictional amount in controversy. *De Aguilar v. Boeing Co.*, 47 F.3d 1404, 1412 (5th Cir.1995).

10. This action may be removed to this Court pursuant to 28 U.S.C. § 1441(a), as there is complete diversity of citizenship between the proper parties and the judgment value of the damages sought by Plaintiffs is in excess of the federal jurisdictional limit under 28 U.S.C. § 1332.

11. Pursuant to 28 U.S.C. § 1441(a), venue is proper in this Court as the Seventeenth Judicial District Court for the Parish of Lafourche, where the state action is pending, is located within this Court's judicial district.

12. Defendant is in the process of giving notice of the filing of this Notice of Removal to the State Court and to Plaintiffs, Dennis Doucet, Kayla Orgeron, and their minor child Redding Doucet, through their attorneys of record, L. Clayton Burgess, Isaac E. Khalid, and Sean McAllister of L. Clayton Burgess, a P.L.C., located at 605 West Congress Street, Lafayette, Louisiana 70501.

13. Defendant is filing with this Notice of Removal the following:

    (a)     Civil Cover Sheet;

    (b)     A copy of Plaintiffs' Petition for Damages filed in the 17th Judicial District Court on February 14, 2017 and served on Defendant on February 27, 2017 (Exhibit "A");

    (c)     A complete copy of all records in the state court proceeding, (Exhibit "A");

    (d)     A copy of the Service of Process Transmittal, C T Corporation System, 5615 Corporate Boulevard, Suite 400B, Baton Rouge, Louisiana 70808 showing service on Louisiana CVS Pharmacy, LLC on February 27, 2017, (Exhibit "A");

    (e)     A copy of electronic records from the Louisiana Secretary of State website showing the corporate domicile information for CVS Pharmacy, Inc. and, as its sole member, the citizenship of Louisiana CVS Pharmacy, LLC, (Exhibit "B");

(f) Correspondence dated March 27, 2017, showing Plaintiffs' unequivocal affirmation that the amount in controversy is reasonable expected to exceed $75,000.00, (Exhibit "C"); and

(g) A list of all attorneys, including their addresses, telephone numbers, and the parties they represent. (Exhibit "D").

**WHEREFORE**, Louisiana CVS Pharmacy, LLC, respectfully requests that this Court remove this action from the Seventeenth Judicial District Court, Parish of Lafourche, State of Louisiana, to the United States District Court for the Middle District of Louisiana.

Respectfully submitted,

*/s/ Peter A. Bourgeois*
_____
RICHARD G. DUPLANTIER, JR. (#18874) (T.A.)
rduplantier@gallowayjohnson.com
PETER A. BOURGEOIS (#27389)
pbourgeois@gallowayjohnson.com
RODGER G. GREEN, JR (#36477)
rgreenjr@gallowayjohnson.com
GALLOWAY, JOHNSON, TOMPKINS,
BURR & SMITH
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139
Telephone: (504) 525-6802
Facsimile: (504) 525-2456
*Counsel for Louisiana CVS Pharmacy, LLC*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on the 28th day of March, 2017, undersigned electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record.

*/s/ Peter A. Bourgeois*
_____
PETER A. BOURGEOIS

5